# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | |
|---|---|
| ESTATE OF TYRESE WEST, Deceased, by MONIQUE WEST, as Special Administrator, | Case No. 19 CV 1843 |
| Plaintiff, | Judge |
| | Magistrate Judge |
| v. | |
| INV. ERIC GIESE and VILLAGE OF MT. PLEASANT, A Municipal Corporation, | JURY DEMAND |
| Defendants. | |

## ATTORNEYS' LIEN

**NOW COMES**, Gregory E. Kulis and Associates, Ltd., and in support of their Attorney Lien, states as follows:

1. Gregory E. Kulis & Associates, Ltd. is currently legal counsel for the Plaintiff, Estate of Tyrese West, Deceased, by Monique West, as Special Administrator.

2. While representing the Plaintiff, Gregory E. Kulis & Associates, Ltd. is incurring legal expenses and costs.

3. This is a notice of our Attorneys' Lien in conjunction with out Attorney/Client Contingency Agreement and Statutory Fee Provision under 42 USC 1988.

Respectfully Submitted,

/s/ Gregory E. Kulis
One of the Attorneys for Plaintiff

Gregory E. Kulis [IL Bar No. 6180966]
Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
p. (312) 580-1830