IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

ESTATE OF TYRESE WEST,
Deceased, by MONIQUE WEST,
a Special Administrator,

        Case No.: 19-CV-1843

Plaintiff,

v.

INV. ERIC GIESE and
VILLAGE OF MT. PLEASANT,
A Municipal Corporation,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2020, I electronically filed the following documents using the ECF system on behalf of Defendants Inv. Eric Giese and Village of Mt. Pleasant:

1. Defendants' Answer and Affirmative Defenses to Plaintiff's Complaint; and

2. Defendants' Expedited Non-Dispositive Motion to Consolidate Cases.

Service of these documents on the following non-ECF participant will be accomplished via U.S. mail on this date:

    Andrew Martin Stroth, Esq.
    Action Injury Law Group, LLC
    191 North Wacker Drive Suite 2300
    Chicago, IL 60606-1638

Dated this 28th day of January, 2020.

       CRIVELLO CARLSON, S.C.
       Attorneys for Defendants

       By: s/ Benjamin A. Sparks
         SAMUEL C. HALL, JR.
         State Bar No. 1045476
         BENJAMIN A. SPARKS
         State Bar No. 1092405
         CRIVELLO CARLSON, S.C.
         710 N. Plankinton Avenue, Suite 500
         Milwaukee, WI 53203
         Phone: (414) 271-7722
         Fax: (414) 271-4438
         E-mail: shall@crivellocarlson.com
         E-mail: bsparks@crivellocarlson.com

Dated this \_\_\_\_ day of January, 2020.

       By:_____
         SAMUEL C. HALL JR.
         State Bar No: 1045476
         BENJAMIN A. SPARKS
         State Bar No. 1092405
         Attorney for Defendants, Eric Giese and Village of Mt. Pleasant
         CRIVELLO CARLSON, S.C.
         710 N. Plankinton Avenue, Suite 500
         Milwaukee, WI 53203
         Ph: (414) 271-7722
         Fax: (414) 271-4438
         E-mail: shall@crivellocarlson.com
            bsparks@crivellocarlson.com