# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

The Estate of Ty'Rese West by,
Dwight Person, father and heir and participant
in the estate of the decedent Ty'Rese West

       -Plaintiffs

vs.

Case No:    19-CV-1843

Violations of the 4th and 14th Amendments of the U.S. Constitution by 42 U.S.C. § 1983: Excessive Force Claim

Mount Pleasant Police Officer Eric Giese
(in his official capacity)

       -Defendant(s)

## DECLARATION OF PAUL A. STROUSE

STATE OF WISCONSIN  )
                                 ) ss
MILWAUKEE COUNTY  )

Pursuant to 28 U.S.C. §1746 I Paul Strouse declare as follows:

1. That I am one of the attorneys for Dwight Person in this action.
2. That attached hereto as Exhibit 1 is a true and accurate copy of a Notice of Motion and Motion to Appoint Special Administrator filed with the Racine County Circuit Court, Case No. 2019 PR 000328.

1

3. That attached hereto as Exhibit 2 is a true and accurate copy of a Verified Petition of Thomas R. Napierala to Replace or Augment Special Administrator filed with the Racine County Circuit Court, Case No. 2019 PR 000328.

4. That attached hereto as Exhibit 3 is a true and accurate copy of the Affidavit of Dwight Person filed with the Racine County Circuit Court, Case No. 2019 PR 000328.

5. That attached hereto as Exhibit 4 is a true and accurate copy of CCAP entry showing the date of the hearing regarding Racine County Circuit Court, Case No. 2019 PR 000328 is scheduled for 10/26/2020 at 10:40 a.m.

Dated this 24th of September 2020
Attorney for Plaintiff,

*/s/ Paul Strouse*
Paul Strouse- *Attorney at Law*
SBN:	1017891

Prepared By:

The Law Offices of Paul Strouse
413 North 2nd Street Suite #150
Milwaukee WI 53203
(414) 390-0820

The Law Offices of Thomas Napierala
413 North 2nd Street Suite #150
Milwaukee WI 53203
(414) 390-0820