IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESTATE OF TYRESE WEST, Deceased, by Monique West and Dwight Person, as Special Co-Administrators, | ) ) ) Case No. 19-cv-1843 ) ) |
| Plaintiffs, | ) ) Judge Brett Ludwig |
| v. | ) ) |
| INV. ERIC GIESE and VILLAGE OF MOUNT PLEASANT, a Municipal Corporation, | ) ) ) ) |
| Defendants. | ) |

## JOINT STATUS REPORT

This Joint Status Report is being presented by both parties per this Court's minute order dated November 2, 2022:

1. The parties have discussed the prospect of mediation, and they remain too far apart on their respective valuations of this case to make mediation a worthwhile endeavor at this time.

Respectfully Submitted,

_____
Gregory E. Kulis
One of Plaintiff's Attorneys

**Gregory E. Kulis & Associates, Ltd.**
**Gregory E. Kulis (Counsel for Plaintiff)**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**p: (312) 580-1830 / f: (312) 580-1839**
**e: ggizzi@kulislawltd.com**

1

**Crivello Carlson, S.C.**
**Steven C. McGaver (Counsel for Defendant)**
**710 N. Plankinton Ave, Suite 500**
**Milwaukee, Wisconsin 53203**
**SMcGaver@crivellocarlson.com**
**414-290-7533**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the above **Joint Status Report** was filed on November 9, 2022, with the Eastern District of Wisconsin Pacer System, serving a copy on all parties.

*/s/ Gregory E. Kulis*

Gregory E. Kulis