UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**ESTATE OF TYRESE WEST**
by Monique West as Special
Administrator and Dwight Person
as Co-Administrator,
        Plaintiff,

    v.                                     Case No. 19-CV-1843-BHL

**ERIC GIESE and VILLAGE OF
MT PLEASANT**,
        Defendants.

---

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding         Date: 02/01/23
Time Commenced: 9:40 a.m.           Concluded: 1:00 p.m.
Deputy Clerk: KMR                     Court Reporter: Jennifer

APPEARANCES:

Plaintiff: Thomas Napierala, Gregory E. Kulis, Andrew Martin Stroth, Joseph W Seifert, Scott Small and B'Ivory LaMarr

Defendants: Samuel C Hall and Brian Knee

Nature of Conference: Mediation Hearing

Notes: Mediation was successful. The case is returned to Judge Ludwig for dismissal upon execution of the settlement documents and the filing of the parties' stipulation of dismissal.